IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-cv-14120-ROSENBERG/Maynard

DIANA RANDOLPH,
DANA LIBERANTE and
LISA EWELL, and all
other similarly-situated individuals,

    Plaintiffs,

v.

WILLIAM D. SNYDER, in his official capacity as
SHERIFF OF MARTIN COUNTY,

    Defendant.
_____/

## JOINT MOTION FOR APPROVAL OF SETTLEMENT AND DISMISSAL WITH PREJUDICE

1. Plaintiffs, DIANA RANDOLPH, DANA LIBERANTE, and LISA EWELL together with opt in plaintiffs and Defendant, WILLIAM D. SNYDER, in his official capacity as SHERIFF OF MARTIN COUNTY bring this Motion. In the instant action, Plaintiff claims entitlement to unpaid overtime and minimum wage pursuant to the Fair Labor Standards Act, 29 U.S.C. § 201 et seq. (the "FLSA").

2. The Plaintiffs in this case alleged that they were required to attend mandatory pre and post shift briefings and were not paid.

3. Defendant denies Plaintiffs claims and asserts that Plaintiffs were at all times paid properly.

4. The Plaintiffs include the following deputies:

    i. Randolph, Diana
    ii. Liberante, Dana
    iii. Ewell, Lisa
    iv. Robertson, Tiffany

      v. Turene, Bikendy
     vi. Zirger, Anthony
    vii. Tate, Richard
   viii. Yawn, Thomas
    ix. Phillips, Suprisha
     x. Young, Cleon
    xi. Evans, William
   xii. Garrity, Joseph
  xiii. Christie, Katrina
  xiv. Dutra, Rui

5. In order to avoid the costs and uncertainty of litigation, the Parties negotiated an FLSA settlement. The Parties now seek approval of the FLSA settlement from the Court.

6. The Defendant and the Plaintiffs, and each of them, have agreed to the terms of the settlement agreement which was the product of a mediation before Robyn Hankins.

7. Pursuant to <u>Lynn's Food Stores, Inc. v. U.S.</u>, 679 F.2d 1350 (11th Cir. 1982), claims arising under the FLSA may be settled or compromised only with the approval of the Court or Secretary of Labor.

8. The Parties have agreed to settle the claims made in this dispute through the execution of a settlement agreement. Plaintiffs represent that, in accordance with the terms of the settlement agreement, they are receiving 100% of the back wages and damages they claim to be owed , plus payment of an agreed upon amount for attorneys' fees and costs.

9. Plaintiffs have the benefit of all their time records during the employment periods at issue.

10. Plaintiffs specifically agree and stipulate that the terms of the settlement agreement represent a fair and equitable resolution of this matter, as well as Plaintiffs'

reasonable attorneys' fees and costs. Additionally, the Parties have been adequately represented by experienced counsel.

11. The Parties request that the Court approve the parties' settlement as a fair and reasonable resolution of a bona fide dispute under the FLSA.

12. On Plaintiffs' behalf, this matter was handled by the following individuals with Scott Wagner and Associates, P.A.

  a. Attorneys'
      i. Cathleen Scott, Esq.
      ii. James Solomon, Esq.; and
      iii. Andrea Gibson, Esq.
  b. Paralegals:
      i. Ashley Prescott; and
      ii. Megan Jalm

The firm has expended a total of 277 hours for over $87,000.00 in time during the litigation of this matter. In addition, the firm has expended costs in this case totaling $1,834.94.00 For filing fees ($450.00) , service of process ($84.94), records and mediation ($1,300) . In order to resolve the claim, the firm has agreed to reduce their fee.

The Parties further stipulate, pursuant to Federal Rule of Civil Procedure 41(a) to the dismissal with prejudice of this action upon approval of the settlement by the Court as requested above and for the Court to retain jurisdiction in order to enforce the terms of the settlement agreement if needed.

WHEREFORE, the Parties respectfully request that this Court enter an Order approving the settlement and dismissing this lawsuit with prejudice.

Submitted this 19th day of December 2018.

| | |
|---|---|
| s/Cathleen Scott<br>Cathleen Scott, Esq.<br>Florida Bar No. 135331<br>cscott@scottwagnerlaw.com<br>mail@scottwagnerlaw.com<br>James Solomon, Esq.<br>Florida Bar No. 114132<br>JCSolomon@scottwagnerlaw.com<br>Scott Wagner & Associates, P.A.<br>Jupiter Gardens<br>250 South Central Boulevard, Suite 104-A<br>Jupiter, FL 33458<br>Tel: (561) 653-0008<br>Fax: (561) 653-0020<br>Counsel for Plaintiffs | s/York Flik<br>Luke Savage<br>Florida Bar No.: 28387<br>lsavage@anblaw.com<br>York Flik, Esq.<br>Florida Bar No.: 101109<br>yflik@anblaw.com<br>ALLEN, NORTON & BLUE, P.A.<br>121 Majorca Avenue, Suite 300<br>Coral Gables, FL 33134<br>Tel: (305) 445-7801<br>Fax: (305) 442-1578 |