UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 2:18-CV-14120-ROSENBERG/MAYNARD

DIANA RANDOLPH, DANA LIBERANTE & LISA EWELL, and all other similarly-situated individuals,

    Plaintiffs,

v.

WILLIAM D. SNYDER, in his official capacity as SHERIFF OF MARTIN COUNTY,

    Defendant.
_____/

## FINAL ORDER OF DISMISSAL

**THIS CAUSE** came before the Court upon the parties' Joint Motion for Settlement Approval, DE 61, and Plaintiff's Notice of Compliance, DE 63. After careful consideration of the Settlement Agreement as required by *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982), the Court finds the Settlement Agreement is a fair and reasonable resolution of a bona fide FLSA dispute.

It is hereby **ORDERED AND ADJUDGED**

1. The parties' settlement is hereby **APPROVED**.

2. This action is **DISMISSED WITH PREJUDICE**, with all rights of appeal waived and with each side bearing its own attorneys' fees and costs, except to the extent provided for in the parties' settlement agreement.

3. This Court shall retain jurisdiction to enforce the terms of the settlement agreement for a period of thirty days.

4. Any and all pending motions are hereby **DENIED AS MOOT.**

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida, this 4th day of January, 2019.

                                                      ROBIN L. ROSENBERG
                                                      UNITED STATES DISTRICT JUDGE

Copies furnished to Counsel of Record